NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re RAJ T. PATEL,**
*Petitioner*

---

2026-129

---

On Petition for Writ of Mandamus to the United States Court of Appeals for the Federal Circuit in No. 26S-OR-29.

---

## ON PETITION AND MOTION

---

PER CURIAM.

## O R D E R

Raj T. Patel petitions this court for a writ of either mandamus or habeas corpus to the Indiana Boone County Superior Court and moves for associated relief. While the All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law," 28 U.S.C. § 1651(a), that statute makes clear, however, the Act is not itself a grant of jurisdiction, *see Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). This court's limited subject matter includes neither habeas matters nor review of state court decisions. *See* 28 U.S.C. § 1295. We therefore dismiss and deny all motions.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed, and all motions are denied.

FOR THE COURT



March 20, 2026
Date

Jarrett B. Perlow
Clerk of Court